E-FILED: 1/14/11

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Blair C. Hanloh,* | CASE NO. CV 10-9485-GHK (PJWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Mortgage Electronic Registration Systems, Inc. and R. K. Arnold,* | |
| Defendants. | |

Pursuant to the Court's January 14, 2011 Order, IT IS HEREBY ADJUDGED that Plaintiff Blair C. Hanloh's ("Plaintiff") claims against Defendants Mortgage Electronic Registration Systems, Inc. and R. K. Arnold are **DISMISSED**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: January 14, 2011

_____
GEORGE H. KING
United States District Judge